1  Christopher C. Larkin (SBN 119950)
   SEYFARTH SHAW LLP
2  2029 Century Park East, Suite 3500
   Los Angeles, California  90067-3021
3  Telephone:  (310) 277-7200
   Facsimile:   (310) 201-5219
4  E-Mail: clarkin@seyfarth.com

5  Eugene S. Suh (SBN 245313)
   SEYFARTH SHAW LLP
6  333 S. Hope Street, Suite 3900
   Los Angeles, California  90071
7  Telephone:  (213) 270-9600
   Facsimile:   (213) 270-9601
8  E-Mail: esuh@seyfarth.com

9  D. Peter Harvey
   Matthew A. Stratton
10 HARVEY SISKIND LLP
   Four Embarcadero Center
11 39th Floor
   San Francisco, CA 94111
12 Telephone:  (415) 354-0100
   Facsimile:   (415) 391-7124
13 E-Mail: pharvey@harveysiskind.com
   Email:  mstratton@harveysiskind.com
14
   Attorneys for Defendant
15 JACK DANIEL'S PROPERTIES, INC.

16
                **UNITED STATES DISTRICT COURT**
17
                **NORTHERN DISTRICT OF CALIFORNIA**
18
                **SAN FRANCISCO**
19

| 20 | MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation, | Case No. CV 12-2105 RS |
|---|---|---|
| 21 | | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
| 25 | | |
| 26 | Defendant. | |

27

28

Plaintiffs Mark Anthony International, SRL ("Mark Anthony") and American Vintage Beverages, Inc. ("AVBI") (collectively, "Plaintiffs") and Defendant Jack Daniel's Properties, Inc. ("JDPI" or "Defendant"), through their respective counsel, hereby stipulate as follows.

*Whereas*, the Complaint for Declaratory Relief ("Complaint") in this matter, filed on April 26, 2012, was served on May 1, 2012, and absent an extension of time, a responsive pleading would be due on May 21, 2012; and

*Whereas*, the parties are engaged in settlement discussions and wish to give themselves time to consider potential methods of resolving this matter amicably; and

*Whereas*, the parties have accordingly agreed that JDPI shall have a thirty (30) day extension of time to respond to the Complaint; and

*Whereas*, because this stipulation will not alter any date or deadline otherwise set by Court order herein, pursuant to Civil Local Rule 6-1(a) said stipulation will be enforced without a Court order.

*Now, therefore*, the parties hereby agree that JDPI shall have an additional thirty (30) days, i.e., through and including June 20, 2012, within which to move, plead or otherwise respond to the Complaint.

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**
**REED SMITH LLP**

Dated: May 18, 2012         By:    /s/
                                   Robert N. Phillips
                                   Attorneys for Plaintiffs
                                   MARK ANTHONY INTERNATIONAL, SRL
                                   and AMERICAN VINTAGE BEVERAGE, INC.

**SEYFARTH SHAW LLP**
**HARVEY SISKIND LLP**

Dated: May 18, 2012         By:    /s/
                                   D. Peter Harvey
                                   Attorneys for Defendant
                                   JACK DANIEL'S PROPERTIES, INC.

1    I, D. Peter Harvey, am the ECF User whose identification and password are being used to
2 file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiffs
3 have concurred in this filing.

5 Dated: May 18, 2012                           By:      /s/
                                                          D. Peter Harvey
6                                                         Attorneys for Defendant and Counterclaimant
                                                          JACK DANIEL'S PROPERTIES, INC.