| | |
|---|---|
| 1 | Christopher C. Larkin (SBN 119950) |
|  | SEYFARTH SHAW LLP |
| 2 | 2029 Century Park East, Suite 3500 |
|  | Los Angeles, California  90067-3021 |
| 3 | Telephone:  (310) 277-7200 |
|  | Facsimile:   (310) 201-5219 |
| 4 | E-Mail: clarkin@seyfarth.com |
| 5 | Eugene S. Suh (SBN 245313) |
|  | SEYFARTH SHAW LLP |
| 6 | 333 S. Hope Street, Suite 3900 |
|  | Los Angeles, California  90071 |
| 7 | Telephone:  (213) 270-9600 |
|  | Facsimile:   (213) 270-9601 |
| 8 | E-Mail: esuh@seyfarth.com |
| 9 | D. Peter Harvey |
|  | Matthew A. Stratton |
| 10 | HARVEY SISKIND LLP |
|  | Four Embarcadero Center, 39th Floor |
| 11 | San Francisco, CA 94111 |
|  | Telephone:  (415) 354-0100 |
| 12 | Facsimile:   (415) 391-7124 |
|  | E-Mail: pharvey@harveysiskind.com |
| 13 | Email:  mstratton@harveysiskind.com |
| 14 | Attorneys for Defendant |
|  | JACK DANIEL'S PROPERTIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>        Defendant. | Case No. C 12-2105 RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities
3  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)
4  have a non-financial interest in that subject matter or in a party that could be substantially affected by the
5  outcome of this proceeding:
6  Jack Daniel's Properties, Inc. is a wholly-owned subsidiary of Brown-Forman Corporation, a
7  publicly-traded corporation.

Dated: May 21, 2012        Respectfully submitted,

                           HARVEY SISKIND LLP
                           D. PETER HARVEY
                           MATTHEW A. STRATTON

                           By: _____/s/_____
                                  Matthew A. Stratton

                           Attorneys for Defendant
                           JACK DANIEL'S PROPERTIES, INC.

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS         Case No. C 12-2105 RS