| | |
|---|---|
| 1 | Christopher C. Larkin (SBN 119950) |
|   | SEYFARTH SHAW LLP |
| 2 | 2029 Century Park East, Suite 3500 |
|   | Los Angeles, California  90067-3021 |
| 3 | Telephone:  (310) 277-7200 |
|   | Facsimile:   (310) 201-5219 |
| 4 | E-Mail: clarkin@seyfarth.com |
| 5 | Eugene S. Suh (SBN 245313) |
|   | SEYFARTH SHAW LLP |
| 6 | 333 S. Hope Street, Suite 3900 |
|   | Los Angeles, California  90071 |
| 7 | Telephone:  (213) 270-9600 |
|   | Facsimile:   (213) 270-9601 |
| 8 | E-Mail: esuh@seyfarth.com |
| 9 | D. Peter Harvey |
|   | Matthew A. Stratton |
| 10 | HARVEY SISKIND LLP |
|   | Four Embarcadero Center, 39th Floor |
| 11 | San Francisco, CA 94111 |
|   | Telephone:  (415) 354-0100 |
| 12 | Facsimile:   (415) 391-7124 |
|   | E-Mail: pharvey@harveysiskind.com |
| 13 | Email:  mstratton@harveysiskind.com |
| 14 | Attorneys for Defendant |
|   | JACK DANIEL'S PROPERTIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>            Defendant. | Case No. C 12-2105 RS<br><br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

1 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or
2 | she has:
3 |  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
4 | California" available on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5 |  (2) Discussed the available dispute resolution options provided by the Court and private
6 | entities; and
7 |  (3) Considered whether this case might benefit from any of the available dispute resolution
8 | options.

10 | Dated: July 2, 2012

11 | Jack Daniel's Properties, Inc.

13 | Dated: July 2, 2012

14 | Harvey Siskind LLP

-1-

ADR CERTIFICATION BY PARTIES AND COUNSEL   Case No. C 12-2105 RS