1  Robert N. Phillips (SBN 120970)
   REED SMITH LLP
2  101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
3  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
4  Email: robphillips@reedsmith.com

5  David H. Bernstein
   (Admission *Pro Hac Vice*)
6  Jyotin Hamid
   (Admission *Pro Hac Vice*)
7  Ashley Kelly
   (Admission *Pro Hac Vice*)
8  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
9  New York, New York 10022
   Telephone:   +1 212 909 6696
10 Facsimile:   +1 212 521 7696
   Email: dhbernstein@debevoise.com
11 Email: jhamid@debevoise.com

12 Attorneys for Plaintiffs
   MARK ANTHONY INTERNATIONAL, SRL
13 and AMERICAN VINTAGE BEVERAGE,
   INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>Defendant. | No.: 3:12-cv-02105-RS<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 9th, 2012

_____
Mark Anthony International, SRL

Dated: July 9th, 2012

_____
American Vintage Beverage, Inc.

Dated: July 10, 2012

_____
Robert N. Phillips, REED SMITH LLP

US_ACTIVE-109946632.1