UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  8/2/12               **Time in Court:** **15 min.**

**Case No.:** C 12-02105 RS

**Case Title:** Mark Anthony International, SRL et al v. Jack Daniel's Properties, Inc.

**Appearances:**

 For Plaintiff(s): David Bernstein, Robert Phillips

 For Defendant(s): Peter Harvey, Christopher Larkin

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Not reported

### **PROCEEDINGS**

Initial Case Management Conference Hearing Held.

### **SUMMARY**

Referred to Magistrate Judge Spero for Settlement Conference to be held within 120 days. Case Management Scheduling Order to Follow.

cc: A. Means
  K. Hom