**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY INTERNATIONAL,            No. C-12-02105 RS (JCS)

        Plaintiff(s),

     v.                                 **CLERK'S NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE**

JACK DANIEL'S PROPERTIES,

        Defendant(s).

_____/

ALL PARTIES AND COUNSEL OF RECORD:

     The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

     You are hereby notified that a telephonic scheduling conference has been set for **August 29,**

**2012 , at 9:00 a.m.**  The Court will initiate telephone contact.

Dated: August 6, 2012                    RICHARD W. WIEKING, CLERK

By:_____
      Karen L. Hom
      Deputy Clerk