UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 29, 2012   **Time:** 15 M   **Judge:** Joseph C. Spero

**Case No.:** [3:12-cv-02105-RS](3:12-cv-02105-RS)   **Case Name:** Mark Anthony International, SRL v. Jack Daniel's Properties, Inc.

**Attorney for Plaintiff:** David Bernstein & Rob Phillips
**Attorney for Defendant:** Chris Larkin & Peter Harvey

**Deputy Clerk:** Karen L. Hom   **Court Reporter:** Not Reported

### PROCEEDINGS

( )   Settlement Conference

( )   Further Settlement Conference

(X)   Telephonic Scheduling Conference – Held.

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Other

**Notes:**  Settlement conference set for 12/13/12 at 9:30 AM. Court to issue Order.

**cc:**