# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

**Date:** August 29, 2012     **Time:** 15 M     **Judge:** Joseph C. Spero

**Case No.**: 3:12-cv-02105-RS     **Case Name:** Mark Anthony International, SRL v. Jack Daniel's Properties, Inc.

**Attorney for Plaintiff:** David Bernstein & Rob Phillips
**Attorney for Defendant:** Chris Larkin & Peter Harvey

**Deputy Clerk:** Karen L. Hom     **Court Reporter:** Not Reported

## PROCEEDINGS

( )   Settlement Conference

( )   Further Settlement Conference

(X)   Telephonic Scheduling Conference – Held.

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Other

**Notes:**  Settlement conference set for 11/13/12* at 9:30 AM. Court to issue Order.

**cc:**

*Amended to correct date from 12/13/12 to 11/13/12.