Robert N. Phillips (SBN 120970)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     415 543 8700
Facsimile:      415 391 8269
Email:  robphillips@reedsmith.com

David H. Bernstein (*admitted pro hac vice*)
Jyotin Hamid (*admitted pro hac vice*)
Ashley E. Kelly (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:     212 909 6696
Facsimile       212 521 7696
Emails:  dhbernstein@debevoise.com
            jhamid@debevoise.com
            aekelly@debevoise.com

Attorneys for Plaintiffs
MARK ANTHONY INTERNATIONAL, SRL
and AMERICAN VINTAGE BEVERAGE, INC.

Christopher C. Larkin (SBN 119950)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219
Email: clarkin@seyfarth.com

D. Peter Harvey (SBN 55712)
Matthew A. Stratton (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124
Emails: pharvey@harveysiskind.com
            mstratton@harveysiskind.com

Attorneys for Defendant
JACK DANIEL'S PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>        Plaintiffs and<br>        Counterclaim-Defendants,<br><br>  v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | Case No. C 12-2105 RS<br><br>**STIPULATED REQUEST TO EXTEND THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE** |

1   Plaintiffs and counterclaim-defendants Mark Anthony International, SRL and American Vintage
2   Beverage, Inc. and defendant and counterclaimant Jack Daniels Properties, Inc. hereby respectfully
3   request that the Court extend the parties' deadline to complete their settlement conference with the Hon.
4   Joseph C. Spero.   The Court has presently set the settlement conference completion deadline for 120
5   days from August 2, 2012, namely, November 30, 2012.   (*See* D.N. 23).   However, the best date on
6   which to conduct the settlement conference, in light of the schedules of the parties and Judge Spero, is
7   January 24, 2013.  Accordingly, the parties hereby request that the Court extend the deadline to complete
8   their settlement conference to January 24, 2013.  The parties do not anticipate this change will impact
9   any other case management deadline associated with this case.  The parties previously stipulated to
10  extend plaintiffs/counterclaim-defendants' time to respond to the complaint, but have otherwise not
11  asked the Court to extend any other deadlines in this matter.
12  / / /
13  / / /
14  / / /

STIPULATED REQUEST TO EXTEND THE DEADLINE                                     Case No. C 12-2105 RS
TO COMPLETE THE SETTLEMENT CONFERENCE

Dated: October 12, 2012

Respectfully submitted,                                Respectfully submitted,

By:    /s/                                             By:    /s/
      Robert N. Phillips                              Christopher C. Larkin

ROBERT N. PHILLIPS (SBN 120970)        CHRISTOPHER C. LARKIN (SBN 119950)
REED SMITH LLP                         SEYFARTH SHAW LLP
101 Second Street, Suite 1800          2029 Century Park East, Suite 3500
San Francisco, CA 94105                Los Angeles, CA 90067-3021
Telephone:   (415) 543-8700            Telephone: (310) 277-7200
Facsimile:   (415) 391-8269            Facsimile: (310) 201-5219
Email: robphillips@reedsmith.com       Email: clarkin@seyfarth.com

And                                    And
DAVID H. BERNSTEIN (*pro hac vice*)    D. PETER HARVEY (SBN 55712)
JYOTIN HAMID (*pro hac vice*)          MATTHEW A. STRATTON (SBN 254080)
ASHLEY E. KELLY (*pro hac vice*)       HARVEY SISKIND LLP
DEBEVOISE & PLIMPTON                   Four Embarcadero Center, 39th Floor
919 Third Avenue                       San Francisco, CA 94111
New York, NY 10022                     Telephone:   (415) 354-0100
Telephone:   (212) 909-6696            Facsimile:   (415) 391-7124
Facsimile:   (212) 521-7696            Emails: pharvey@harveysiskind.com
Emails: dhbernstein@debevoise.com              mstratton@harveysiskind.com
       jhamid@debevoise.com
       aekelly@debevoise.com           Attorneys for Defendant and Counterclaim-
                                       Plaintiff JACK DANIELS PROPERTIES,
Attorneys for Plaintiffs and Counterclaim-   INC.
Defendants MARK ANTHONY
INTERNATIONAL, SRL and AMERICAN
VINTAGE BEVERAGE, INC.




PURSUANT TO STIPULATION, **IT IS SO ORDERED**.


Dated: October __, 2012                _____
                                       The Honorable Richard Seeborg
                                       United States District Judge

-3-

1    I, Matthew A. Stratton, am the ECF User whose identification and password are being used to
2    file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for all parties
3    concurred in this filing.

                                                        /s/
4                                              ─────────────────
                                                Matthew A. Stratton

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27