| | |
|---|---|
| Robert N. Phillips (SBN 120970)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone:     415 543 8700<br>Facsimile:      415 391 8269<br>Email:  robphillips@reedsmith.com<br><br>David H. Bernstein (*admitted pro hac vice*)<br>Jyotin Hamid (*admitted pro hac vice*)<br>Ashley E. Kelly (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone:     212 909 6696<br>Facsimile       212 521 7696<br>Emails:  dhbernstein@debevoise.com<br>            jhamid@debevoise.com<br>            aekelly@debevoise.com<br><br>Attorneys for Plaintiffs<br>MARK ANTHONY INTERNATIONAL, SRL<br>and AMERICAN VINTAGE BEVERAGE, INC. | Christopher C. Larkin (SBN 119950)<br>SEYFARTH SHAW LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, California  90067-3021<br>Telephone:  (310) 277-7200<br>Facsimile:   (310) 201-5219<br>Email: clarkin@seyfarth.com<br><br>D. Peter Harvey (SBN 55712)<br>Matthew A. Stratton (SBN 254080)<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 354-0100<br>Facsimile:   (415) 391-7124<br>Emails: pharvey@harveysiskind.com<br>              mstratton@harveysiskind.com<br><br>Attorneys for Defendant<br>JACK DANIEL'S PROPERTIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>            Plaintiffs and<br>            Counterclaim-Defendants,<br>    v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>            Defendant and<br>            Counterclaim-Plaintiff. | Case No. C 12-2105 RS<br><br>**STIPULATED REQUEST TO EXTEND THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE** |

1  Plaintiffs and counterclaim-defendants Mark Anthony International, SRL and American Vintage Beverage, Inc. and defendant and counterclaimant Jack Daniels Properties, Inc. hereby respectfully request that the Court extend the parties' deadline to complete their settlement conference with the Hon. Joseph C. Spero. The Court has presently set the settlement conference completion deadline for 120 days from August 2, 2012, namely, November 30, 2012. (*See* D.N. 23). However, the best date on which to conduct the settlement conference, in light of the schedules of the parties and Judge Spero, is January 24, 2013. Accordingly, the parties hereby request that the Court extend the deadline to complete their settlement conference to January 24, 2013. The parties do not anticipate this change will impact any other case management deadline associated with this case. The parties previously stipulated to extend plaintiffs/counterclaim-defendants' time to respond to the complaint, but have otherwise not asked the Court to extend any other deadlines in this matter.

/ / /

/ / /

/ / /

-1-

STIPULATED REQUEST TO EXTEND THE DEADLINE  Case No. C 12-2105 RS
TO COMPLETE THE SETTLEMENT CONFERENCE

Dated: October 12, 2012

Respectfully submitted,

By: /s/
    Robert N. Phillips

ROBERT N. PHILLIPS (SBN 120970)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: robphillips@reedsmith.com

And
DAVID H. BERNSTEIN (*pro hac vice*)
JYOTIN HAMID (*pro hac vice*)
ASHLEY E. KELLY (*pro hac vice*)
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6696
Facsimile: (212) 521-7696
Emails: dhbernstein@debevoise.com
         jhamid@debevoise.com
         aekelly@debevoise.com

Attorneys for Plaintiffs and Counterclaim-Defendants MARK ANTHONY INTERNATIONAL, SRL and AMERICAN VINTAGE BEVERAGE, INC.

Respectfully submitted,

By: /s/
    Christopher C. Larkin

CHRISTOPHER C. LARKIN (SBN 119950)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: clarkin@seyfarth.com

And
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
Emails: pharvey@harveysiskind.com
         mstratton@harveysiskind.com

Attorneys for Defendant and Counterclaim-Plaintiff JACK DANIELS PROPERTIES, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: October 15, 2012

_____
The Honorable Richard Seeborg
United States District Judge

-2-