Robert N. Phillips (SBN 120970)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    415 543 8700
Facsimile:    415 391 8269
Email:  robphillips@reedsmith.com

David H. Bernstein (*admitted pro hac vice*)
Jyotin Hamid (*admitted pro hac vice*)
Ashley E. Kelly (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:    212 909 6696
Facsimile     212 521 7696
Emails:  dhbernstein@debevoise.com
         jhamid@debevoise.com
         aekelly@debevoise.com

Attorneys for Plaintiffs
MARK ANTHONY INTERNATIONAL, SRL
and AMERICAN VINTAGE BEVERAGE, INC.

Christopher C. Larkin (SBN 119950)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone: (310) 277-7200
Facsimile:   (310) 201-5219
Email: clarkin@seyfarth.com

D. Peter Harvey (SBN 55712)
Matthew A. Stratton (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124
Emails: pharvey@harveysiskind.com
        mstratton@harveysiskind.com

Attorneys for Defendant
JACK DANIEL'S PROPERTIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br>　　v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff. | Case No. C 12-2105 RS<br><br>**STIPULATED REQUEST TO RESCHEDULE THE SETTLEMENT CONFERENCE** |

-1-

1   Plaintiffs and counterclaim-defendants Mark Anthony International, SRL and American Vintage
2   Beverage, Inc. and defendant and counterclaimant Jack Daniels Properties, Inc. hereby respectfully
3   request that the Court reschedule the parties' settlement conference before Hon. Joseph C. Spero from
4   November 13, 2012 to January 24, 2013 at 9:30AM.  On October 15, 2012, the Court extended the
5   parties deadline to complete the settlement conference to accommodate this change.   (*See* D.N. 32).
6   The parties likewise respectfully request that the Court extend their deadline to submit settlement
7   conference statements to January 10, 2013.
8   / / /
9   / / /
10  / / /

Dated: October 15, 2012

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By:     /s/<br>      Robert N. Phillips | By:     /s/<br>      Christopher C. Larkin |

ROBERT N. PHILLIPS (SBN 120970)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269
Email: robphillips@reedsmith.com

And
DAVID H. BERNSTEIN (*pro hac vice*)
JYOTIN HAMID (*pro hac vice*)
ASHLEY E. KELLY (*pro hac vice*)
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022
Telephone:   (212) 909-6696
Facsimile:   (212) 521-7696
Emails: dhbernstein@debevoise.com
        jhamid@debevoise.com
        aekelly@debevoise.com

Attorneys for Plaintiffs and Counterclaim-Defendants MARK ANTHONY INTERNATIONAL, SRL and AMERICAN VINTAGE BEVERAGE, INC.

CHRISTOPHER C. LARKIN (SBN 119950)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: clarkin@seyfarth.com

And
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:   (415) 391-7124
Emails: pharvey@harveysiskind.com
        mstratton@harveysiskind.com

Attorneys for Defendant and Counterclaim-Plaintiff JACK DANIELS PROPERTIES, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: October 16, 2012

_____
The Honorable
United States

1        I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for all parties concurred in this filing.

/s/<br>
Matthew A. Stratton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27