| | |
|---|---|
| Robert N. Phillips (SBN 120970) | Christopher C. Larkin (SBN 119950) |
| REED SMITH LLP | SEYFARTH SHAW LLP |
| 101 Second Street, Suite 1800 | 2029 Century Park East, Suite 3500 |
| San Francisco, CA 94105-3659 | Los Angeles, CA 90067-3021 |
| Telephone: +1 415 543 8700 | Telephone: +1 310 277 7200 |
| Facsimile: +1 415 391 8269 | Facsimile: +1 310 201 5219 |
| Email: robphillips@reedsmith.com | Email: clarkin@seyfarth.com |

| | |
|---|---|
| David H. Bernstein (*admitted pro hac vice*) | D. Peter Harvey (SBN 55712) |
| Jyotin Hamid (*admitted pro hac vice*) | Matthew A. Stratton (SBN 254080) |
| Ashley E. Kelly (*admitted pro hac vice*) | HARVEY SISKIND LLP |
| DEBEVOISE & PLIMPTON LLP | Four Embarcadero Center, 39th Floor |
| 919 Third Avenue | San Francisco, CA 94111 |
| New York, New York 10022 | Telephone: +1 415 354 0100 |
| Telephone: +1 212 909 6696 | Facsimile: +1 415 391 7124 |
| Facsimile: +1 212 521 7696 | Email: pharvey@harveysiskind.com |
| Email: dhbernstein@debevoise.com | Email: mstratton@harveysikimd.com |

Attorneys for Plaintiffs and Counter Defendants
MARK ANTHONY INTERNATIONAL SRL
and AMERICAN VINTAGE BEVERAGE INC.

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL, SRL, a Barbados corporation, and AMERICAN VINTAGE BEVERAGE, INC., a Delaware corporation,<br><br>Plaintiffs and Counter Defendants,<br><br>vs.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | No.: 3:12-cv-02105-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs MARK ANTHONY INTERNATIONAL SRL and AMERICAN VINTAGE BEVERAGE INC. and Defendant JACK DANIEL'S PROPERTIES, INC., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each party shall bear its own attorneys' fees and costs.

Dated this 21st day of November, 2012        REED SMITH LLP

By: _____/s/_____

Robert N. Phillips

Attorneys for Plaintiffs and Counter Defendants
MARK ANTHONY INTERNATIONAL SRL
and AMERICAN VINTAGE BEVERAGE INC.

Dated this 21st day of November, 2012        HARVEY SISKIND LLP

By: _____/s/_____
Matthew A. Stratton

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.